UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FERRINGTON | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| McMORAN EXPLORATION COMPANY | MAG. JUDGE:<br>JURY TRIAL REQUESTED |

## **COMPLAINT FOR DAMAGES**

**COMES NOW**, Terry Ferrington, hereinafter called Plaintiff, complaining of McMoran Exploration Company hereinafter sometimes referred to as "Defendant," and for cause of action, your Plaintiff would respectfully represent unto this Honorable Court, as follows:

1.

Jurisdiction of this Honorable Court is invoked under Title 28, U.S.C. §1331, and the amount in controversy herein exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/l00 ($75,000.00) DOLLARS, exclusive of interest and costs, and this cause of action arises under the terms and provisions and is subject to the Outer Continental Shelf Lands Act and/or the laws of the State of Louisiana.

2.

Plaintiff is now and was at all times relevant herein, a citizen of the United States and residents of the State of Louisiana, domiciled in Gilbert, Louisiana.

3.

Made Defendant herein is **McMORAN EXPLORATION COMPANY,** thought to be a foreign corporation, incorporated under the laws of a state of Deleware, having its principle place of business in New Orleans, Louisiana, licensed to do and doing business in this State and it may be cited to appear and answer herein by serving its registered agent for service of process; namely, Corporation Service Company 320, Somerulos Street, Baton Rouge, Louisiana 70802-6129.

4.

At all times relevant herein, Plaintiff, **TERRY FERRINGTON** was employed as an operator by Danos & Curole, of Larose, Louisiana, to work on, with and about a certain fixed oil production platform then owned and operated by Defendant, McMoran Exploration Company, said platform believed to be at Eugene Island 217, located in the Gulf of Mexico, off the coast of Louisiana, in an area which would fall within the Outer Continental Shelf.

5.

On or about, March 6, 2011, in the mid morning hours, your plaintiff, **TERRY FERRINGTON,** sustained serious injury to his body and limbs while in the course and scope of his employment with Danos & Curole, including, but not limited to, injuries to his head and cervical spine, requiring surgery and resulting in partial quadriplegia, the full extent of said injuries having yet to be determined. These injuries have caused a need for past and future medicine, medical care and treatment, and has resulted in past and future pain and suffering, mental anguish, disability, loss of enjoyment of life, as well as past and future loss of earning and income earning capacity, said damages all caused by the negligence and legal fault of the Defendant herein.

6.

At all pertinent times, Defendant McMoran Exploration Company exercised operational supervision and control over the operations being performed upon the fixed platform in question, including but not limited to, the exercise of selection, maintenance and control over equipment and appurtenances existing on the platform in question, including garbage dumpsters. On the morning of March 6, 2011, while attempting to discard a large and heavy bag of trash in a dumpster existing on the platform, the lid of said dumpster, which posed an unreasonable risk of harm, fell onto petitioner's head resulting in the severe injury and damages complained of herein. Plaintiff was not aware of the severity of his injuries at that time, as he was suffering from food poisoning for which he was soon thereafter taken to Abbeville General Hospital for the purpose of seeking treatment for the food poisoning condition. As the hours passed, the symptoms in plaintiff's cervical spine continued to worsen, and the following day, March 7, 2011, plaintiff was transported by ambulance to Our Lady of Lourdes Regional Medical Center in Lafayette, Louisiana, where he underwent emergency surgery to relieve pressure upon his spinal cord, leaving him rendered a partial quadripalegic.

7.

Plaintiff's aforementioned injuries and damages were caused as a direct and proximate cause of the negligence of Defendant, McMoran Exploration Company, its employees and agents, who were responsible for providing and maintaining safe equipment upon its platforms, or otherwise warning of the existence of risks of harm such as that encountered by plaintiff herein. At all pertinent times, plaintiff was acting in a careful and prudent manner, and in no way contributed to or caused the aforementioned accident.

8.

Additionally, Plaintiff's aforementioned injuries and damages were caused by the gross negligence of Defendant herein, who, in the exercise of reasonable care, knew or should have known of the propensity of the lid of the garbage dumpster in question to close without warning, thus posing an unreasonable risk of harm to individuals working aboard defendant's platform. Accordingly, Plaintiff is entitled to recover punitive damages, in addition to compensatory damages, from Defendant herein in an amount to be determined by the trier of fact.

9.

Plaintiff is entitled to and does hereby request trial by jury.

**WHEREFORE**, petitioner, **TERRY FERRINGTON** prays for judgment in his favor over and against **McMORAN EXPLORATION COMPANY** for monetary damages, both general and special, in the full and true sum in amounts reasonable in the premises to be proven at the trial of this matter, as well as punitive damages, in favor of **TERRY FERRINGTON**, plus costs of these proceedings and legal interest from the date of judicial demand until paid, and all other equitable and just relief to which petitioner is entitled.

Respectfully submitted:

**SAUNDERS & CHABERT**

  /s/Scotty E. Chabert, Jr.
HENRI M. SAUNDERS, LSBA NO. 25236
SCOTTY E. CHABERT, JR., LSBA NO. 30434
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile:  (225) 771-8101
Attorneys for Plaintiff