UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FERRINGTON | CIVIL ACTION |
| VERSUS | NO: 12-588 |
| MCMORAN OIL & GAS, LLC, ET AL. | SECTION: "A"(4) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, <u>and that the compromise encompasses ALL parties to this action and ALL claims asserted in this matter, including the severed cross-claims and third-party demands</u>,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

February 4, 2014

_____
Judge Jay C. Zainey
United States District Court